IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No.  19-10106-JWB

SAMANTHA CASE,

        Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on Defendant's request for transport. (Doc. 93.) Defendant was sentenced to sixty months in this matter on February 1, 2022, to run concurrent to her Kansas state court case. (Doc. 90.) Defendant was sentenced on her state court case in April 2022 and is currently incarcerated in a Kansas prison. Defendant requests to be picked up in October from the state prison so that she can complete her sentence in federal custody.

As Defendant is currently serving her sentence in state custody, Kansas officials will coordinate with the Bureau of Prisons regarding any necessary transportation to a federal prison for Defendant to complete the remaining time on her federal sentence. This court lacks authority to provide the relief Defendant is requesting.

Defendant's motion (Doc. 93) is DENIED.

IT IS SO ORDERED. Dated this 6th day of August, 2025.

                                                                               _s/ John W. Broomes_
                                                                               JOHN W. BROOMES
                                                                               UNITED STATES DISTRICT JUDGE